UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCCALLISTER, JANINE HANSON, BRENDA BANKS, BRENDA HAWKINS, PENNY MILLER, CAROLYN BOYD, SANDRA ISHAM, IDA VINCENT, GERALDINE JONES, JOSEPHINE HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI-AVENTIS U.S. LLC; MCKESSON CORPORATION; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00456-TLN-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT MCKESSON CORPORATION'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Ctrm:  2<br>Judge:  Honorable Troy L. Nunley |

Before the Court is Plaintiffs and Defendant McKesson Corporation's ("McKesson") Stipulation to Extend McKesson's Time to Respond to the Complaint. Having read and considered the papers, and for good cause shown, the Stipulation is hereby GRANTED. McKesson shall have fourteen days to respond to the Complaint after the Court issues an order on Plaintiffs' Motion to Remand.

IT IS SO ORDERED

Dated:  March 9, 2017

Troy L. Nunley
United States District Judge